Platzer, Swergold, Levine,
  Goldberg, Katz & Jaslow, LLP
*Counsel for the Debtor*
475 Park Avenue South, 18th Floor
New York, New York 10016
Tel.: (212) 593-3000
Clifford A. Katz
Andrew S. Muller
Teresa Sadutto-Carley

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

THE ADONI GROUP, INC.,

                        Debtor.
----------------------------------------------------------x

          Chapter 11

          Case No. 14-11841 (REG)

## AFFIDAVIT OF CLIFFORD A. KATZ
## PURSUANT TO BANKRUPTCY RULE 2016

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF NEW YORK)

      Clifford A. Katz, being duly sworn, deposes and says:

      1.     I am an attorney at law admitted to practice in this Court and a member of the law firm of Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP ("Platzer").

      2.     Deponent's firm maintains its offices at 475 Park Avenue South, 18th Floor, New York, New York 10016.

      3.     Prior to the entry of the Order for Relief, Platzer received from the debtor, The Adoni Group, Inc. (the "Debtor"), the sum of $35,000.00 (the "Retainer") which was applied on account of contemporaneous services performed for the Debtor regarding its financial difficulties, various legal problems, litigation, loans, and the preparation of the Chapter 11 documents, as well as the preparation of necessary first day orders in the total sum of $34,219.50 and the Chapter 11 filing fee

in the sum of $922.00.  It should be noted that a balance of $141.50 was due and owing which Platzer has written off and is no longer an obligation of the Debtor.

4. Platzer has not shared or agreed to share any compensation with any person other than a member of the firm, and it has not agreed to share in compensation received by another entity from the Debtors.

5. No agreement prohibited by 11 U.S.C. §504, former Bankruptcy Rule 219(2) of or Bankruptcy Rule 2016 has been made in connection with this reorganization proceeding.

6. Platzer reserves the right to make interim and/or final applications to this Court for such additional compensation as may be proper and warranted.

  /s/ Clifford A. Katz_____
CLIFFORD A. KATZ

Sworn to before me this
10th day of September, 2014

/s/ Teresa Sadutto-Carley_____
Notary Public, State of New York
Reg # 02SA6204737
NY County, Exp. 4-20-2017